UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIOMODAL LIMITED and CHILDREN'S MEDICAL CENTER CORPORATION,<br><br>       Plaintiffs,<br><br>    v.<br><br>NEW ENGLAND BIOLABS, INC.,<br><br>       Defendant. | Civil Action No.: 1:24-CV-11697-RGS |

**AMENDED JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Court's January 2, 2025 Pretrial Scheduling Order (D.I. 86), and in accordance with Local Rule 16.6(e)(1)(D), plaintiffs biomodal Limited ("biomodal") and Children's Medical Center Corporation ("CMCC") (collectively "Plaintiffs"), and Defendant New England Biolabs, Inc. ("Defendant" or "NEB") (collectively the "parties") hereby submit this Amended Joint Claim Construction Statement, updating the claim terms at issue between the parties.

The parties filed a Joint Claim Construction Statement (D.I. 97) identifying fifteen (15) terms in an attached Chart (D.I. 97-1). The Court deferred ruling on the parties' indefiniteness arguments by Order dated March 14, 2025 (D.I. 98), reducing the terms at issue to ten (10). The parties have since agreed on the construction of proposed claim term four (4). Thus, the parties hereby submit the attached Exhibit A[1] which identifies the agreed-upon claim construction and also sets forth the remaining nine (9) outstanding claim terms to be addressed by the Court.

---

[1] Nothing in this Amended Joint Claim Construction Statement or Exhibit A shall be construed as a waiver of any arguments or admission with respect to the validity, invalidity, infringement, or non-infringement of any patent claim.

For convenience, we have maintained the same numbering of these terms from the originally submitted Joint Chart (D.I. 97-1).

Respectfully submitted,

| BIOMODAL LIMITED and CHILDREN'S MEDICAL CENTER CORPORATION | NEW ENGLAND BIOLABS, INC. |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Jill M. Browning | /s/ Michael H. Bunis |
| Jill M. Browning, Esq. (*pro hac vice*) | Michael H. Bunis (BBO No. 566839) |
| P. Branko Pejic (*pro hac vice*) | Anita M. C. Spieth (BBO No. 676302) |
| Michael J. Fink (*pro hac vice*) | Bryana T. McGillycuddy (BBO No. 684990) |
| GREENBLUM & BERNSTEIN, P.L.C. | Jillian L. Gately (BBO No. 703437) |
| 1950 Roland Clarke Place | CHOATE, HALL & STEWART LLP |
| Reston, Virginia 20191 | Two International Place |
| (703) 716-1191 | Boston, MA 02110 |
| jbrowning@gbpatent.com | Tel.: (617) 248-5000 |
| bpejic@gbpatent.com | Fax: (617) 248-4000 |
| mfink@gbpatent.com | mbunis@choate.com |
|  | aspieth@choate.com |
| Kerry L. Timbers (BBO No. 552293) | bmcgillycuddy@choate.com |
| Katherine W. Soule (BBO No. 703965) | jgately@choate.com |
| Sunstein LLP |  |
| 100 High Street |  |
| Boston, MA 02110-2321 |  |
| Tel.: (617) 443-9292 |  |
| ktimbers@sunsteinlaw.com |  |
| ksoule@sunsteinlaw.com |  |

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2025, a true and exact copy of the foregoing was served on all counsel of record through the Court's ECF system.

Dated:  July 17, 2025  /s/ Katherine W. Soule
Katherine W. Soule (BBO #703965)