EXHIBIT A

## AGREED-UPON CONSTRUCTION

| NO. | TERM | PATENT (CLAIMS) | CONSTRUCTION |
|---|---|---|---|
| 4. | "utilizing a glucose donor substrate or a glucose-derivative donor substrate that traps covalent enzyme-DNA intermediates" | 10,443,091/ claim 1 | utilizing a glucose donor substrate to trap covalent enzyme-DNA intermediates or a glucose-derivative donor substrate to trap covalent enzyme-DNA intermediates |

EXHIBIT A

## AMENDED DISPUTED CLAIM CONSTRUCTION CHART

| NO. | TERM | PATENT (CLAIMS) | PLAINTIFFS' CONSTRUCTION | DEFENDANT'S CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|---|
| 1. | "a **catalytic fragment** of any of these" OR "**TET catalytically active fragment thereof**" | 10,533,213/ claim 1 10,443,091/ claim 5 | The "catalytic fragment" of these claim phrases, as disclosed in the patent, means: "A 'TET catalytically active fragment' which the patent specification defines as "compris[ing] a protein having a catalytic activity of TET family proteins and a sequence meeting one of the following criteria: (1) Identical to the sequence of SEQ ID NO: 2 or one of the empirically verified catalytic fragments; or having homology of at least 70%. . . to" SEQ ID NO: 2 or one of the empirically verified catalytic fragments; "or (2) incorporating a linear succession of the TET signature sequences of SEQ ID NO: 2, SEQ ID NO: 3, and SEQ ID NO: 4 in a defined order, that are predicted to form the core of the beta-stranded double helix catalytic domain; or | Indefinite Alternatively, if the term was to be given a construction, it should be construed as, "a catalytic fragment of TET1, TET2, TET3, or CXXC4 which has (1) a sequence identical or having at least 70% identity to SEQ ID NO: 2; or (2) a sequence having a linear succession of SEQ ID NO:2, SEQ ID NO: 3 and SEQ ID NO: 4" | |

# EXHIBIT A

| NO. | TERM | PATENT (CLAIMS) | PLAINTIFFS' CONSTRUCTION | DEFENDANT'S CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|---|
| | | | having homology of at least 70%. . . to such a linear succession of TET family signature sequences, and preserving the linear order thereof." '213 patent, 15:6-33. | | |
| 2. | "TET1, TET2, TET3, CXXC4" | 10,533,213/ claim 1<br><br>11,208,683/ claim 3 | "TET1, TET2, TET3, CXXC4" refers to a TET family protein which, as disclosed in the patent, refers to "the sequences of human TET1, TET2, TET3, and CXXC4, and to proteins having at least 70%. . . homology to human TET1, TET2, or TET3, and displaying a catalytic (hydroxylating [/oxidizing]) activity of the TET family of proteins." '213 patent 14:59-65.<br><br>For clarity, TET1, TET2, TET3, CXXC4 are not limited to human, and include, for example, murine TET1, TET2, and TET3. See '213 patent, '83:28-31 ("The mouse genome expresses | the sequences of human TET1, TET2, TET3, and CXXC4, and proteins having at least 70%, at least 75%, at least 80%, at least 85%, at least 90%, at least 95%, at least 98%, at least 99%, or more, homology to human TET1, TET2, or TET3, and displaying a catalytic (hydroxylating) activity of the TET family of proteins | |

3

# EXHIBIT A

| NO. | TERM | PATENT (CLAIMS) | PLAINTIFFS' CONSTRUCTION | DEFENDANT'S CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|---|
| | | | three family members–Tet1, Tet2 and Tet3—that share significant sequence homology with the human homologs (FIG 14A)"). | | |
| 3. | label[] | 10,337,053/ claim 1 <br><br> 10,767,216/ claims 1, 9,13 and 16 | Plain and ordinary meaning, *i.e.,* adding a molecule for downstream analysis or detection purposes. | a composition capable of producing a detectable signal indicative of the presence of the target | |
| 4. | "utilizing a glucose donor substrate or a glucose-derivative donor substrate that traps covalent enzyme-DNA intermediates" | 10,443,091/ claim 1 | [AGREED UPON] | | |
| 5. | *"sequencing* said mammalian nucleic acid comprising said labeled hydroxymethylated residue" <br><br> *"sequencing* said nucleic acid sequence" | 10,337,053/ claim 1 <br><br><br><br><br><br> 10,767,216/ claim 1 | Plain and ordinary meaning, *i.e.,* ascertaining the nucleotide sequence of the modified mammalian nucleic acid in order to identify the position of the 5-hydroxymethylcytosine residue. | directly sequencing the mammalian nucleic acid having a labeled hydroxymethylated residue | |

# EXHIBIT A

| NO. | TERM | PATENT (CLAIMS) | PLAINTIFFS' CONSTRUCTION | DEFENDANT'S CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|---|
| | | | Plain and ordinary meaning, *i.e.,* ascertaining the nucleotide sequence of the nucleic acid. | directly sequencing the nucleic acid sequence having 5-hydroxymethylcytosine and 5-methylcytosine | |
| 6. | "methylcytosine dioxygenase" | 11,208,683/ claims 1 and 2 | Plain and ordinary meaning *i.e.,* a protein that catalyzes the hydroxylation/oxidation of 5-methylcytosine to 5-hydroxymethylcytosine. | Indefinite

Alternatively, if the term was to be given a construction, it should be construed as "the sequences of human TET1, TET2, TET3, and CXXC4, and proteins having at least 70%, at least 75%, at least 80%, at least 85%, at least 90%, at least 95%, at least 98%, at least 99%, or more, homology to human TET1, TET2, or TET3, and displaying a catalytic (hydroxylating) activity of the TET family of proteins" | |
| 7. | "dioxygenase enzyme or fragment thereof" | 10,774,373/ claim 18 | Plain and ordinary meaning, *i.e.,* a protein that catalyzes the hydroxylation/oxidation of 5-methylcytosine to 5-hydroxymethylcytosine. | Indefinite

Alternatively, if the term was to be given a construction, it should be | |

5

EXHIBIT A

| NO. | TERM | PATENT (CLAIMS) | PLAINTIFFS' CONSTRUCTION | DEFENDANT'S CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|---|
| | | | | construed as "the sequences of human TET1, TET2, TET3, and CXXC4, and proteins having at least 70%, at least 75%, at least 80%, at least 85%, at least 90%, at least 95%, at least 98%, at least 99%, or more, homology to human TET1, TET2, or TET3, and displaying a catalytic (hydroxylating) activity of the TET family of proteins" | |
| 8. | "a ten eleven translocation (TET) enzyme" | 11,208,683/ claim 2 | Plain and ordinary meaning, *i.e.,* a protein having the catalytic activity of a TET family protein. | the sequences of human TET1, TET2, TET3, and CXXC4, and proteins having at least 70%, at least 75%, at least 80%, at least 85%, at least 90%, at least 95%, at least 98%, at least 99%, or more, homology to human TET1, TET2, or TET3, and displaying a catalytic (hydroxylating) activity of the TET family of proteins | |

EXHIBIT A

| NO. | TERM | PATENT (CLAIMS) | PLAINTIFFS' CONSTRUCTION | DEFENDANT'S CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|---|
| 9. | "a TET family enzyme" | 10,774,373/ claim 22<br><br>10,443,091/ claim 5 | A TET family enzyme is a TET family protein which, as disclosed in the patent, "refers to the sequences of human TET1, TET2, TET3, and CXXC4, and to proteins having at least 70%. . . homology to human TET1, TET2, or TET3, and displaying a catalytic (hydroxylating [/oxidizing]) activity of the TET family of proteins." '213 patent 14:59-65. | the sequences of human TET1, TET2, TET3, and CXXC4, and proteins having at least 70%, at least 75%, at least 80%, at least 85%, at least 90%, at least 95%, at least 98%, at least 99%, or more, homology to human TET1, TET2, or TET3, and displaying a catalytic (hydroxylating) activity of the TET family of proteins | |
| 10. | "Dioxygenase enzyme or fragment thereof that is a TET family enzyme or fragment thereof" | '373 patent/ claim 22 | Plain and ordinary meaning, *i.e.,* a protein that catalyzes the hydroxylation/oxidation of 5-methylcytosine to 5-hydroxymethylcytosine, which is a "TET family enzyme" (construction No. 9) or a TET "catalytically active fragment" (construction No. 1). | Indefinite<br><br>Alternatively, if the term was to be given a construction, it should be construed as "the sequences of human TET1, TET2, TET3, and CXXC4, and proteins having at least 70%, at least 75%, at least 80%, at least 85%, at least 90%, at least 95%, at least 98%, at least 99%, or more, homology to human TET1, TET2, or TET3, | |

# EXHIBIT A

| NO. | TERM | PATENT (CLAIMS) | PLAINTIFFS' CONSTRUCTION | DEFENDANT'S CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|---|
| | | | | and displaying a catalytic (hydroxylating) activity of the TET family of proteins" | |